# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 478 WAL 2015

         Respondent    :

            :    Petition for Allowance of Appeal from
            :    the Order of the Superior Court

         v.    :

QUENTIN INGRAM,    :

         Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.